# Hunter Pyle Law

Hunter Pyle | Tanya Tambling | Katherine Fiester | Jake Darin | Natalia Ramirez Lee | Andrea Nuñez

1300 Broadway, 11th Floor, Oakland, CA 94612 | tel 510 444 4400 | fax 510 444 4410 | inquire@hunterpylelaw.com | **hunterpylelaw.com**

March 13, 2022

The Honorable Chief Magistrate Judge Joseph C. Spero
United States District Court, Northern District of California
Courtroom F, 15th Floor
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

   **Re:**  *LeGarie et al. v. Nurse*
      **Case No. Case Nos.: 3:21-CV-04739-JCS**

Dear Judge Spero:

  Plaintiffs Warren LeGarie and LeGarie Management, Inc. and Defendant Nicholas David Nurse (collectively, "the Parties") jointly submit the following letter regarding mediation pursuant to the Court's Order dated February 28, 2022. (Dkt. 35). The Parties were unable to submit the letter by March 11, 2022, as directed in the Court's Order, as the electronic filing system was out of service until March 12.

  The Parties have agreed to mediate this matter before the Honorable Jay C. Gandhi on September 23, 2022. The Parties respectfully request the Court extend the previously set deadline for mediation to occur no later than July 20, 2022, to a new date after September 23, 2022.

       Respectfully,

       Hunter Pyle Law

       By: /S/_____
         Hunter Pyle

       Attorneys for Plaintiffs
       WARREN LEGARIE and LEGARIE
       MANAGEMENT, INC.

       Goodwin Procter LLP

       By: /S/_____
         Alexis Coll-Very
         Jennifer Briggs Fisher
         Jessica Huang
         Gerald Wayne Crawford

       Attorneys for Defendant
       NICHOLAS DAVID NURSE



UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

Dated: March 14, 2022