**HUNTER PYLE, SBN 191125**
**NATALIA RAMIREZ LEE, SBN 322017**
HUNTER PYLE LAW
1300 Broadway Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com;
          nramirezlee@hunterpylelaw.com

Attorneys for Plaintiffs
WARREN LEGARIE and LEGARIE MANAGEMENT, INC.

(Attorneys for Defendant on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California Corporation,<br><br>         Plaintiffs,<br><br>   vs.<br><br>NICHOLAS DAVID NURSE, an individual,<br><br>         Defendant. | Case No.: 3:21-CV-04739-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Courtroom:  F, 15th Floor<br>Judge:      Hon. Joseph C. Spero<br>Date:       May 13, 2022<br>Time:       2:00 P.M. |

**ALEXIS COLL-VERY, SBN 212735**
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 835-1038
Email: ACollVery@goodwinlaw.com

**JENNIFER BRIGGS FISHER, SBN 241321**
**JESSICA H. HUANG, SBN 315208**
GOODWIN PROCTER LLP
Three Embarcadero Center, Suite 2800
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Emails: JFisher@goodwinlaw.com
         JHuang@goodwinlaw.com

**GERALD WAYNE CRAWFORD (*pro hac vice*)**
DICKEY, CAMPBELL & SAHAG
301 E. Walnut Street, Suite One
Des Moines, IA 50309
Telephone: (515) 288-5008
Facsimile: (515) 245-5421
Email: jerryclf@aol.com

Attorneys for Defendant
NICHOLAS DAVID NURSE

**JOINT CASE MANAGEMENT STATEMENT**          Case No.: 3:21-CV-04739-JCS

Plaintiffs Warren LeGarie and LeGarie Management, Inc. (collectively, "LeGarie"), and Defendant Nicholas David Nurse ("Nurse") (collectively, "the Parties") jointly submit the following case management statement in anticipation of the Case Management Conference scheduled before this Court on May 13, 2022 at 2:00 P.M.

**1. ADR**

The Parties have agreed to mediate this matter before the Honorable Jay C. Gandhi on September 23, 2022.

**2. Discovery**

LeGarie served Nurse with a first set of written discovery requests on November 3, 2021. Nurse served responses on January 18, 2022 and provided verifications on January 21, 2022. On February 8, 2020 the Parties held a video conference to discuss Nurse's responses. Following the videoconference, due to the concerns expressed by Nurse, LeGarie agreed to withdraw two (2) requests for production and narrow the nine (9) remaining requests. Nurse provided supplemental responses to LeGarie's narrowed discovery requests on February 24, 2022. Nurse produced additional responsive documents on April 10, 2022 and April 29, 2022. LeGarie is in the process of reviewing the documents produced on April 29, 2022.

The Parties continue to meet and confer regarding Nurse's responses to written discovery. If the Parties are unable to reach a resolution, the parties intend to implement the discovery resolution process outlined in section E(9) of Judge Spero's Civil Standing Order.

On April 29, 2022, Nurse served LeGarie with a first set of written discovery requests, including requests for documents.

The Parties conducted the deposition of Masai Ujiri, President of Basketball Operation of the Toronto Raptors, on April 13, 2022 and conducted the deposition of Bobby Webster, General Manager of the Toronto Raptors, on April 14, 2022. The Parties have scheduled the deposition of Nurse on June 21, 2022.

### 3. Pretrial Schedule

The Parties propose continuing expert discovery deadlines in light of the Parties' mediation date, in particular, continuing expert discovery deadlines approximately thirty (30) days after the September 23, 2022 mediation. The Parties propose amending the expert discovery deadlines, as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure Deadline | 08/01/22 | 10/28/22 |
| Expert Rebuttal Deadline | 08/15/22 | 11/11/22 |
| Expert Discovery Deadline | 9/1/22 | 11/29/22 |
| Deadline to File Dispositive Motions and Daubert | 09/16/22 | 12/9/22 |
| Motions Hearing and Daubert Motions | 11/04/22 | 01/13/23 |

DATED: May 6, 2022          Hunter Pyle Law

By: /s/ Hunter Pyle
    Hunter Pyle
    Natalia Ramirez Lee

Attorneys for Plaintiffs
WARREN LEGARIE and LEGARIE MANAGEMENT, INC.

DATED: May 6, 2022          Goodwin Procter LLP

By: /s/ Jennifer Briggs Fisher
    Alexis Coll-Very
    Jennifer Briggs Fisher
    Jessica H. Huang
    Gerald Wayne Crawford (*pro hac vice*)

Attorneys for Defendant
NICHOLAS DAVID NURSE

- 3 -

***

**ATTESTATION RE: ELECTRONIC SIGNATURES**

I, Hunter Pyle, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 6, 2022                     /s/ Hunter Pyle
                                                            Hunter Pyle