**HUNTER PYLE, SBN 191125**
**NATALIA RAMIREZ LEE, SBN 322017**
HUNTER PYLE LAW
1300 Broadway Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com;
         nramirezlee@hunterpylelaw.com

Attorneys for Plaintiffs
WARREN LEGARIE and LEGARIE MANAGEMENT, INC.

(Attorneys for Defendant on next page)

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California Corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>NICHOLAS DAVID NURSE, an individual,<br><br>          Defendant. | Case No.: 3:21-CV-04739-JCS<br><br>**JOINT STATEMENT REGARDING PROPOSED SCHEDULE**<br><br>Courtroom: F, 15th Floor<br>Judge:     Hon. Joseph C. Spero |

**ALEXIS COLL-VERY, SBN 212735**
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 835-1038
Email: ACollVery@goodwinlaw.com

**JENNIFER BRIGGS FISHER, SBN 241321**
**JESSICA H. HUANG, SBN 315208**
GOODWIN PROCTER LLP
Three Embarcadero Center, Suite 2800
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Emails: JFisher@goodwinlaw.com
         JHuang@goodwinlaw.com

**GERALD WAYNE CRAWFORD (*pro hac vice*)**
DICKEY, CAMPBELL & SAHAG
301 E. Walnut Street, Suite One
Des Moines, IA 50309
Telephone: (515) 288-5008
Facsimile: (515) 245-5421
Email: jerryclf@aol.com

Attorneys for Defendant
NICHOLAS DAVID NURSE

1    Plaintiffs Warren LeGarie and LeGarie Management, Inc. (collectively, "LeGarie"), and
2 Defendant Nicholas David Nurse ("Nurse") (collectively, "the Parties") jointly submit the following
3 statement regarding a potential proposed schedule pursuant to the Court's May 16, 2022 Minute
4 Order (Doc. 40).

5    The Parties originally agreed to mediate this matter before the Honorable Jay C. Gandhi on
6 September 23, 2022. The Parties have now agreed to reschedule the mediation to an earlier date:
7 August 16, 2022.

8    Due to the rescheduling of the mediation, the Parties have agreed that it is no longer
9 necessary to modify the existing expert discovery deadlines in this matter.

DATED: May 27, 2022          Hunter Pyle Law


                             By: ___/s/ Hunter Pyle_____
                                 Hunter Pyle
                                 Natalia Ramirez Lee

                             Attorneys for Plaintiffs
                             WARREN LEGARIE and LEGARIE
                             MANAGEMENT, INC.


DATED: May 27, 2022          Goodwin Procter LLP


                             By: ___/s/ Alexis Coll-Very_____
                                 Alexis Coll-Very
                                 Jennifer Briggs Fisher
                                 Jessica H. Huang
                                 Gerald Wayne Crawford (*pro hac vice*)

                             Attorneys for Defendant
                             NICHOLAS DAVID NURSE

- 1 -
**JOINT STATEMENT REGARDING PROPOSED SCHEDULE**          Case No.: 3:21-CV-04739-JCS

\*\*\*

**ATTESTATION RE: ELECTRONIC SIGNATURES**

I, Hunter Pyle, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 27, 2022                  /s/ Hunter Pyle
                                                  Hunter Pyle