1  **HUNTER PYLE, SBN 191125**
**NATALIA RAMIREZ LEE, SBN 322017**
2  HUNTER PYLE LAW
505 14th Street, Suite 600
3  Oakland, California 94612
Telephone: (510) 444-4400
4  Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com;
5         nramirezlee@hunterpylelaw.com
6
Attorneys for Plaintiffs
7  WARREN LEGARIE and LEGARIE MANAGEMENT, INC.
8
(Attorneys for Defendant on next page)
9
**UNITED STATES DISTRICT COURT**
10
**NORTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California 13  Corporation,<br>14<br>           Plaintiffs,<br>15<br>      vs.<br>16<br>NICHOLAS DAVID NURSE, an individual,<br>17<br>           Defendant.<br>18<br>19 | Case No.: 3:21-CV-04739-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Courtroom: F, 15th Floor<br>Judge:     Hon. Joseph C. Spero<br>Date:      November 18, 2022<br>Time:      2:00 P.M. |

20

21

22

23

24

25

26

27

28

**JOINT CASE MANAGEMENT STATEMENT**

1   **ALEXIS COLL-VERY, SBN 212735**
    GOODWIN PROCTER LLP
2   601 Marshall Street
    Redwood City, California 94063
3   Telephone: (650) 752-3100
    Facsimile: (650) 835-1038
4   Email: ACollVery@goodwinlaw.com

5
    **JENNIFER BRIGGS FISHER, SBN 241321**
6   **JESSICA H. HUANG, SBN 315208**
    GOODWIN PROCTER LLP
7   Three Embarcadero Center, Suite 2800
    San Francisco, California 94111
8   Telephone: (415) 733-6000
    Facsimile: (415) 677-9041
9   Emails: JFisher@goodwinlaw.com
            JHuang@goodwinlaw.com
10
11  **GERALD WAYNE CRAWFORD** (*pro hac vice*)
12  DICKEY, CAMPBELL & SAHAG
    301 E. Walnut Street, Suite One
13  Des Moines, IA 50309
    Telephone: (515) 288-5008
14  Facsimile: (515) 245-5421
    Email: jerryclf@aol.com
15
16  Attorneys for Defendant
    NICHOLAS DAVID NURSE
17

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT CASE MANAGEMENT STATEMENT**

1    Plaintiffs Warren LeGarie and LeGarie Management, Inc. and Defendant Nicholas David

2  Nurse (collectively, "the Parties") jointly submit the following joint case management statement in

3  anticipation of the Case Management Conference scheduled before this Court on November 18,

4  2022 at 2:00 P.M.

5    The Parties have executed a settlement agreement resolving all of the claims in this case.

6  Plaintiffs anticipate filing a request for dismissal in early January 2023. The Parties therefore

7  request that the Court continue the Case Management Conference to a date in mid-January 2023 in

8  order to allow the Parties to finalize the settlement.

9

10  DATED: November 18, 2022          Hunter Pyle Law

11
                                     By: /s/ Hunter Pyle
12                                       Hunter Pyle
                                         Natalia Ramirez Lee
13
                                     Attorneys for Plaintiffs
14                                   WARREN LEGARIE and LEGARIE
                                     MANAGEMENT, INC.
15

16  DATED: November 18, 2022          Goodwin Procter LLP

17                                   By: /s/ Jennifer Briggs Fisher
                                         Alexis S. Coll
18                                       Jennifer Briggs Fisher
                                         Jessica H. Huang
19                                       Gerald Wayne Crawford (*pro hac vice*)

20
                                     Attorneys for Defendant
21                                   NICHOLAS DAVID NURSE

22

23

24

25

26

27

28

- 1 -
**JOINT CASE MANAGEMENT STATEMENT**

1

**ATTESTATION RE: ELECTRONIC SIGNATURES**

2        I, Hunter Pyle, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all

3  signatories on this document agree to the filing's content and have authorized this filing. I declare

4  under penalty of perjury under the laws of the United States of America that the foregoing is true

5  and correct.

6

7  DATED: November 18, 2022                    _____/s/ Hunter Pyle_____
                                                        Hunter Pyle

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT CASE MANAGEMENT STATEMENT**