1 **HUNTER PYLE, SBN 191125**
**NATALIA RAMIREZ LEE, SBN 322017**
2 HUNTER PYLE LAW
505 14th Street, Suite 600
3 Oakland, California 94612
Telephone: (510) 444-4400
4 Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com;
5          nramirezlee@hunterpylelaw.com
6
Attorneys for Plaintiffs
7 WARREN LEGARIE and LEGARIE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California Corporation,<br><br>       Plaintiffs,<br><br>   vs.<br><br>NICHOLAS DAVID NURSE, an individual,<br><br>       Defendant. | Case No.: 3:21-CV-04739-JCS<br><br>**PLAINTIFFS' STATEMENT REGARDING DISMISSAL**<br><br>Courtroom:  F, 15th Floor<br>Judge:      Hon. Joseph C. Spero |

1    Plaintiffs Warren LeGarie and LeGarie Management, Inc. (collectively, "LeGarie") submit
2 this statement regarding dismissal.
3    On November 21, 2022, following the November 18, 2022, case management conference,
4 this Court entered a minute order requesting that the Parties "comply with the settlement and file a
5 dismissal by 12/15/2022." At the November 18 case management conference, this Court stated that
6 such actions were necessary in order to conserve the current pretrial and trial schedule.
7    The settlement agreement executed by the Parties to this action provides that payment shall
8 be made by Defendant Nicholas David Nurse ("Nurse") by January 2, 2023. The settlement
9 agreement also provides that LeGarie shall file for dismissal five (5) business days after receiving
10 payment from Nurse.
11    As of the date that this statement is filed, LeGarie has not yet received payment from Nurse.
12 Pursuant to the terms of the settlement agreement, LeGarie will file a request for dismissal within
13 five (5) business days after receiving payment from Nurse.

DATED: December 16, 2022            Hunter Pyle Law

                                    By: _____
                                        Hunter Pyle
                                        Natalia Ramirez Lee

                                    Attorneys for Plaintiffs
                                    WARREN LEGARIE and LEGARIE
                                    MANAGEMENT, INC.