**HUNTER PYLE, SBN 191125**
HUNTER PYLE LAW
505 14th Street, Suite 600
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com

Attorneys for Plaintiffs
WARREN LEGARIE and LEGARIE MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NICHOLAS DAVID NURSE, an individual,<br><br>　　　　　Defendant. | Case No.: 3:21-CV-04739-JCS<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to FRCP 41(a)(1)(A)(i), plaintiffs WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California Corporation, by and through their attorneys of record, hereby request that this Court dismiss this entire action with prejudice, with each party to bear its own fees and costs.

DATED: January 4, 2023                    Hunter Pyle Law

                                          By: _____/s/ Hunter Pyle_____
                                              Hunter Pyle

                                          Attorneys for Plaintiffs
                                          WARREN LEGARIE and LEGARIE
                                          MANAGEMENT, INC.

- 1 -                                                          **3:21-CV-04739-JCS**
**PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**