1  **HUNTER PYLE, SBN 191125**
   HUNTER PYLE LAW
2  505 14th Street, Suite 600
   Oakland, California 94612
3  Telephone: (510) 444-4400
4  Facsimile: (510) 444-4410
   Emails: hunter@hunterpylelaw.com
5
   Attorneys for Plaintiffs
6  WARREN LEGARIE and LEGARIE MANAGEMENT, INC.
7
8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**

10 | WARREN LEGARIE, an individual, and | Case No.: 3:21-CV-04739-JCS
11 | LEGARIE MANAGEMENT, INC., a California Corporation, |
12 |                                    | **PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(2)**
13 |           Plaintiffs,              |
14 |      vs.                           |
15 | NICHOLAS DAVID NURSE, an individual, |
16 |           Defendant.               |

1   TO THE COURT AND ALL PARTIES OF RECORD:

2   Pursuant to FRCP 41(a)(2), plaintiffs WARREN LEGARIE, an individual, and LEGARIE MANAGEMENT, INC., a California Corporation, by and through their attorneys of record, hereby request that this Court dismiss this entire action with prejudice, with each party to bear its own fees and costs.

DATED: January 10, 2023            Hunter Pyle Law

By: _____/s/ Hunter Pyle_____
        Hunter Pyle

Attorneys for Plaintiffs
WARREN LEGARIE and LEGARIE
MANAGEMENT, INC.

- 1 -                                      3:21-CV-04739-JCS
**PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP 41(a)(2)**